UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Ocwen Loan Servicing LLC,

    Plaintiff,

v.

Benny Smith, *et al.*,

    Defendants.

Case No. 2:18-cv-1035

Judge Michael H. Watson

Magistrate Judge Jolson

## ORDER

On May 20, 2020, the Court entered an Order staying this case until the Bankruptcy Court resolves the related bankruptcy proceeding. ECF No. 60. Prior to both the suggestion of bankruptcy and the Court's order, Plaintiff filed a motion for an order of sale of property, ECF No. 56, and that motion remains pending. However, in light of the related bankruptcy proceeding and the stay, that motion is **DENIED AS MOOT** without prejudice to refiling after the Court lifts the stay. The Clerk is **DIRECTED** to terminate ECF No. 56.

In the Order staying the case, Defendants were instructed to file updates every 180 days regarding the status of the bankruptcy proceeding. ECF No. 60. Defendants have not updated the Court since November 6, 2020. ECF No. 65. Defendants are **DIRECTED** to file a report within thirty days, and every 180 days thereafter, outlining the status of the bankruptcy proceeding.

IT IS SO ORDERED.

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**